Richard Grabowski (State Bar No. 125666)
rgrabowski@jonesday.com
Steven M. Zadravecz (State Bar No. 185676)
szadravecz@jonesday.com
Edward S. Chang (State Bar No. 241682)
echang@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

Attorneys for Plaintiff/Counter-Defendant
APPLIED MEDICAL DISTRIBUTION
CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL DISTRIBUTION CORPORATION, a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>AH SUNG INTERNATIONAL, INC., a South Korean corporation, EUN KYOO CHOI, an individual, BUM SIK PARK, an individual,<br><br>          Defendant.<br>_____<br>AH SUNG INTERNATIONAL, INC.,<br><br>          Counterclaimant,<br><br>     v.<br><br>APPLIED MEDICAL DISTRIBUTION CORPORATION,<br><br>          Counter-defendant. | Case No. 8:14-cv-01900-JVS<br><br>**ANTI-SUIT INJUNCTION PURSUANT TO ORDER GRANTING APPLIED MEDICAL DISTRIBUTION CORPORATION'S MOTION FOR FURTHER RELIEF UNDER 28 U.S.C. § 2202**<br><br>Complaint Filed:  Dec. 2, 2014<br><br>[The Honorable James V. Selna] |

## **ANTI-SUIT INJUNCTION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having read and considered Plaintiff and Counter-Defendant Applied Medical Distribution Corporation's ("AMDC") Motion For Further Relief Pursuant To 28 U.S.C. § 2202 Seeking An Anti-Suit Injunction (the "Motion"), after hearing oral argument from the parties on July 18, 2016, and good cause appearing, GRANTED the Motion as to the Anti-Suit Injunction on July 18, 2016. For the reasons expressed in the Court's Final Order attached as Exhibit A, and incorporated by reference into this Order and Anti-Suit Injunction, the Court hereby Orders as follows and issues the following Anti-Suit Injunction:

1. Ah Sung International, Inc. (also known as Ah Sung Trading Co., Ah Sung Yang Haeng Co. Ltd., Ah Sung Yang Haeng Ju Sik Hae Sa, or, in Korean characters, 아성양행 주식회사) (collectively, "Ah Sung"), and any and all of its officers, directors, agents, servants, employees, attorneys, and any and all other persons who are in active concert or participation with any of Ah Sung's officers, directors, agents, servants, employees and attorneys (collectively, the "Enjoined Parties"), are hereby enjoined from pursuing any form of judicial relief in South Korea against AMDC for any and all claims arising out of or relating to the parties' 2010 Distribution Agreement (the "Agreement"), including in the currently pending action in the Seoul Southern District Court, South Korea, Case No. 2016 가합 104303;

2. The Enjoined Parties are hereby enjoined from filing any new actions against AMDC for any and all claims arising out of or relating to the Agreement in any forum other than in California under California law;

3. AMDC shall not be prejudiced in seeking further relief consistent with this Order and Anti-Suit Injunction at the conclusion of this action;

4. Violation of this Order and Anti-Suit Injunction shall expose the Enjoined Parties to all applicable penalties and further orders, including contempt of Court.

**IT IS SO ORDERED.**

Dated: July 19, 2016

_____
THE HON. JAMES V. SELNA
United State District Judge