Richard Grabowski (State Bar No. 125666)
rgrabowski@jonesday.com
Steven M. Zadravecz (State Bar No. 185676)
szadravecz@jonesday.com
Edward S. Chang (State Bar No. 241682)
echang@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:  +1.949.553.7539

Attorneys for Plaintiff/Counter-Defendant
APPLIED MEDICAL DISTRIBUTION CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MEDICAL DISTRIBUTION CORPORATION, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>AH SUNG INTERNATIONAL, INC., a South Korean corporation, EUN KYOO CHOI, an individual, BUM SIK PARK, an individual,<br><br>    Defendant.<br>_____<br>AH SUNG INTERNATIONAL, INC.,<br><br>    Counterclaimant,<br><br>    v.<br><br>APPLIED MEDICAL DISTRIBUTION CORPORATION,<br><br>    Counter-defendant. | Case No. 8:14-cv-01900-JVS<br><br>**FINAL JUDGMENT**<br><br>Complaint Filed:  Dec. 2, 2014<br><br>[The Honorable James V. Selna] |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having read and considered Plaintiff and Counter-Defendant Applied Medical Distribution Corporation's ("AMDC") motion for terminating sanctions against Ah Sung International, Inc. ("Ah Sung") (Dkt. No. 151), AMDC's motion for default judgment against Defendants Eun Kyoo Choi ("Choi") and Bum Sik Park ("Park") (Dkt. No. 192), and AMDC's application for an award of damages on default judgment against Defendants Ah Sung, Choi, and Park (collectively, "Defendants") (Dkt. No. 185), and after hearing oral argument from the parties on these matters, the Court GRANTS AMDC's motion for terminating sanctions against Ah Sung, GRANTS the motion for default judgment against Choi and Park, and GRANTS AMDC's application for damages. The Court hereby enters the following Orders and Judgment:

1. Default judgment is entered against Defendants and in favor of AMDC on AMDC's claims in the First Amended Complaint (*see* Dkt. No. 60).

2. Defendant Ah Sung's counterclaims are dismissed with prejudice.

3. Defendants Ah Sung and Choi are jointly and severally ordered to pay damages to AMDC on AMDC's breach of contract, breach of the covenant of good faith and fair dealing, and intentional interference claims in the total amount of $18,445,846.55, which includes lost profits, out-of-pocket expenses, and pre-judgment interest at a rate of 10% per annum (*see* Dkt. No. 197 pp. 2–5), *plus* post-judgment interest at a rate of 0.61% per annum.

4. Defendants Ah Sung and Choi are jointly and severally ordered to pay AMDC's attorneys' fees, expert fees, and costs in the total amount of $1,466,205.86 (*see* Dkt. No. 197 pp. 7–8), *plus* post-judgment interest at a rate of 0.61% per annum.

5. Defendants Ah Sung, Choi, and Park are jointly and severally ordered to pay damages to AMDC on AMDC's fraud, promissory fraud, and negligent misrepresentation claims in the total amount of $13,440,684.21, which includes

1  pre-judgment interest at a rate of 7% per annum (*see* Dkt. No. 197 p. 5), *plus* post-
2  judgment interest at 0.61% per annum.

3      6.    Ah Sung (also known as Ah Sung Trading Co., Ah Sung Yang Haeng
4  Co. Ltd., Ah Sung Yang Haeng Ju Sik Hae Sa, or, in Korean characters, 아성양행
5  주식회사) (collectively, "Ah Sung"), and any and all of its officers, directors,
6  agents, servants, employees, attorneys, and any and all other persons who are in
7  active concert or participation with any of Ah Sung's officers, directors, agents,
8  servants, employees and attorneys (collectively, the "Enjoined Parties"), are
9  permanently enjoined from pursuing any form of judicial relief in South Korea
10 against AMDC for any and all claims arising out of or relating to the parties' 2010
11 Distribution Agreement (the "Agreement"), including in the currently pending
12 action in the Seoul Southern District Court, South Korea, Case No.
13 2016 가합 104303. The Enjoined Parties are further permanently enjoined from
14 filing any new actions against AMDC for any and all claims arising out of or
15 relating to the Agreement in any forum other than in California under California
16 law.

17     7.    The Court shall retain jurisdiction of this action to entertain such
18 further proceedings and to enter such further orders as may be necessary or
19 appropriate to implement and enforce the provisions of this Judgment.

20     8.    The Court finds there is no just reason for delay in entering this
21 Judgment and, pursuant to Fed. R. Civ. P. 54(a), the Court directs immediate entry
22 of this Judgment.

23 **IT IS SO ORDERED.**

25 Dated: September 23, 2016         _____
26                                     THE HON. JAMES V. SELNA
                                    United State District Judge